JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Trinna Nguyen**, | Case No. SACV 16-1451 AG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2005-FF4, Asset Back Certificates, Series 2005-FF4; Bank of America; Trustee Corps**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated October 27, 2016

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT